Opinion issued May
24, 2012.










 

 

 

 

 

 

 

 

 

 

 

 













In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-12-00067-CV

____________

 

B R CRANE & EQUIPMENT LLC, Appellant

 

V.

 

GREATWIDE DALLAS MAVIS, LLC, Appellee

 

 



On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 985597

 

 

 

 

 

 



MEMORANDUM
OPINION

          The parties
have filed a joint motion to dismiss the appeal, asking that we set aside the
trial court’s default judgment and remand the case to the trial court for
further proceedings.  See Tex.
R. App. P. 42.1(a)(2)(B).  We have not issued an opinion.  See id.
42.1(c).

Accordingly, we grant the motion, dismiss
the appeal, set aside the trial court’s judgment without regard to the merits,
and remand this cause to the trial court for further proceedings.  See id. 42.1(a)(2)(B).
  

We dismiss any other pending motions
as moot.  The Clerk is directed to issue the
mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                  PER CURIAM

 

Panel consists of
Justices Higley, Sharp, and Huddle.